UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WEBB, | CIV. #12-4206 |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | |
| Defendant. | |

COMES NOW the Plaintiff, by and through his attorneys of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), voluntarily dismisses the Complaint and Demand for Jury Trial (Doc. 1) previously filed in this matter, without prejudice.

Dated this 18th day of December, 2012.

**JOHNSON, HEIDEPRIEM**
**& ABDALLAH, L.L.P.**

BY   /s/   Scott A. Abdallah
Scott A. Abdallah  (sabdallah@jhalawfirm.com)
Shannon R. Falon  (shannon@jhalwfirm.com)
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304

*Attorneys for the Plaintiff*